**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover        Date:   January 27, 2014
Court Reporter:        Terri Lindblom
Probation Officer:    Gary Burney

Criminal Action No. 06-cr-00057-MSK
                              13-cr-00299-MSK

*Parties*:                                        *Counsel Appearing*:

UNITED STATES OF AMERICA,              Robert Brown

                  Plaintiff,

v.

MARIO CHAPARRO-JUAREZ,              Robert Pepin

                  Defendant.

---

**COURTROOM MINUTES**

---

**Supervised Release and Sentencing  Hearing**

**10:37 a.m.        Court in session**.

Defendant present in custody.

The Court confirms that the Government and the defendant and defense counsel have had adequate time to review and consider the petition and all of its attachments.  The Government reviews the charged violation with the defendant.  (Case No. 06-cr-00057)

Defendant admits the alleged violation.

**Change of Plea Hearing on October 29, 2013.  Defendant pled guilty to Count 1 of the Indictment.** (Case No. 13-cr-00299)

Parties received and reviewed the supervised release violation  report and the Presentence Investigation Report and all addenda.

The parties **do not** dispute the facts contained in the supervised release violation report and Presentence Investigation Report.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the supervised release violation report and Presentence Investigation Report.

The defendant **does not** request departure.
The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #21).**   Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. § 3553 (a), the Court announces the sentence it intends to impose.  Counsel are offered the opportunity for further argument.  No further argument.

Oral findings and conclusions of  law are made of record and incorporated herein.

**ORDER:**       Defendant's Motion for Non-Guideline Sentence **(Doc. #21)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD** (Case No. 13-cr-00299)**.**  No Sentence is imposed as to (Case No. 06-cr-00057)

The defendant is advised of his right to appeal.

**ORDER:**       Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:14 a.m.**       **Court in recess.**

**Total Time:   37 minutes.**
**Hearing concluded.**